WILLIAM A. LEVIN, ESQ. [SBN 98592]
JEFFREY A. KAISER, ESQ. (SBN 160594)
**LEVIN SIMES & KAISER LLP**
One Bush Street, 14th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WILLIAMS<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendants. | Case No. C 05 5075<br><br>**NOTICE OF VOLUNTARY DISMISSAL ; AND ORDER CLOSING FILE**<br><br>**HON. MARIA-ELENA JAMES** |

　　　NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: January 30, 2006

_____
Jeffrey A. Kaiser
Attorneys for Plaintiff

Pursuant to Plaintiff's voluntary dismissal of the above entitled action, the Clerk of Court shall close the file.

IT IS SO ORDERED.

DATED: January 31, 2006

VOLUNTARY DISMISSAL PAGE - 1 -